**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 22-11761 |
| TANYA STANLEY WILLIAMS | : |
| Debtor. | : Chapter 13 |

## *DECLARATION OF NO PAY ADVICES*

My name is Tanya Stanley-Williams. I am the Chapter 13 debtor in the above Chapter 13 case. After being duly sworn, I do hereby declare under penalty of perjury the following:

I only receive payment(income) from Montgomery County PA as a foster care parent. I have not received any pay advices within the disclosure period required under 11 U.S.C. Sec. 521(a)(1)(B)(iv).

I hereby state that the statements made in the foregoing declaration are true and correct to the best of my knowledge, information and belief. I understand that the statements made therein are subject to the penalties of 18 Pa.C.S.A. Sec. 4904.

Date: 8/24/22                              /s/ Tanya Stanley-Williams
                                            Tanya Stanley-Williams
                                            Debtor