# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-11761-MDC

TANYA STANLEY-WILLIAMS

1206 W LAFAYETTE ST

NORRISTOWN, PA 19401

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TANYA STANLEY-WILLIAMS

1206 W LAFAYETTE ST

NORRISTOWN, PA 19401

Counsel for debtor(s), by electronic notice only.

TIMOTHY ZEARFOSS
Law Office of Timothy Zearfoss
143-145 LONG LANE
UPER DARBY, PA 19082-

Date: 1/11/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee