Fill in this information to identify the case:

Debtor 1: TANYA STANLEY WILLIAMS

Debtor 2 (Spouse, if filing): ___

United States Bankruptcy Court for the: EAST District of PA

Case number: 22-11761

## Official Form 410
# Proof of Claim
12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): NORRISTOWN MUN. WASTE AUTHORITY
Other names the creditor used with the debtor: ___

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? ___

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Name: NORRISTOWN MUN. WASTE AUTH.
Number Street: 1ST FLR, 25 E. MARSHALL ST
City State ZIP Code: NORRISTOWN PA 19401
Contact phone: 610-270-3190
Contact email: KELLY@NORRISTOWNSEWER.ORG

Where should payments to the creditor be sent? (if different)
Name: ___
Number Street: ___
City State ZIP Code: ___
Contact phone: ___
Contact email: ___

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
___

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) ___    Filed on ___ / ___ / ___ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? ___

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $1521.73. Does this amount include interest or other charges?
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

SEWER CHARGES

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

| | Amount entitled to priority |
|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☒ No

☐ Yes. Check one:

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.

* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

---

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☒ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/11/2023
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name:  Tim [Middle] Zearfoss ESQ
       First name    Middle name    Last name

Title: Attorney for Debtor

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 143-145 Long Lane
         Number    Street
         Upper Darby    PA    19082
         City          State  ZIP Code

Contact phone: 610 784-7001    Email: _____

RE: TANYA STANLEY-WILLIAMS /BR 22-11761

From: kelly@norristownsewer.org

To: tzearfoss@aol.com

Date: Monday, February 6, 2023 at 09:43 AM EST

The amount is $1,521.73

Sincerely,

**Kelly**
**Senior Administrator**
**Norristown Municipal Waste Authority**
25 E. Marshall St. 1st Floor
Norristown PA, 19401
Phone: 610-270-3190
Fax: 610-270-3192
Kelly@norristownsewer.org
www.norristownsewer.org



From: tz <tzearfoss@aol.com>
Sent: Monday, February 6, 2023 9:38 AM
To: kelly@norristownsewer.org; Tanya S. <toazv05@gmail.com>
Subject: Re: TANYA STANLEY-WILLIAMS /BR 22-11761

Hello-

In this case your debt was "put into the bankruptcy" but your office was not aware of that for some reason

--hence the shut off notice, which was cancelled in November. There is obviously a pre-bankruptcy debt to

Norristown so that it could be paid back through her plan. In order for that to occur a claim form has to be filed

with the bankruptcy court clerk (either on line or by mail) I could possibly file the claim for you but I would need

to know the amount that was past due on the bankruptcy filing date of 7/5/22. Please email me that figure