**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | Chapter 13 |
|---|---|
| TANYA STANLEY-WILLIAMS | |
| Debtor | Bankruptcy No. 22-11761-MDC |

# ORDER

**AND NOW**, this <u>30th</u> day of <u>October</u>, 202<u>3</u>, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
TIMOTHY ZEARFOSS
Law Office of Timothy Zearfoss
143-145 LONG LANE
UPER DARBY, PA 19082-

Debtor:
TANYA STANLEY-WILLIAMS

1206 W LAFAYETTE ST

NORRISTOWN, PA 19401