United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tanya Stanley-Williams  
    Debtor

Case No. 22-11761-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 30, 2023      Form ID: pdf900      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanya Stanley-Williams, 1206 W. Lafayette St., Norristown, PA 19401-4330 |
| 14703738 | + | NORRISTOWN MUNICIPAL WASTE AUTH, 25 E. MARSHALL ST, Norristown, PA 19401-4818 |
| 14703739 | + | PA AMERICAN WATER, 171 W.JOHNSON HGWY, Norristown, PA 19401-1900 |
| 14703741 | + | ROUNDPOINT MTG SVCS CORP, PO BOX 19409, Charlotte, NC 28219-9409 |
| 14709981 | + | SelfHelp Ventures Fund, c/o Rebecca Solarz,Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14703742 | + | TIMOTHY ZEARFOSS, ESQ, 143-145 LONG LANE, UPPER DARBY, PA 19082-3116 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 31 2023 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2023 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14703737 | + | Email/Text: bankruptcy@ncaks.com | Oct 31 2023 00:15:00 | NATIONAL CREDIT ADJUSTERS, 327 W. 4TH AVE, Hutchinson, KS 67501-4842 |
| 14720659 | | Email/Text: bankruptcy@ncaks.com | Oct 31 2023 00:15:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 14708498 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 31 2023 00:15:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14703740 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 31 2023 00:15:00 | PECO ENERGY, 2301 MARKET ST, PHILA, PA 19103-1380 |
| 14710122 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2023 00:15:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14717237 | | Email/Text: bankruptcy@roundpointmortgage.com | Oct 31 2023 00:15:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14709683 | ^ | MEBN | Oct 31 2023 00:12:18 | Self Help Ventures Fund, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 30, 2023 | Form ID: pdf900 | Total Noticed: 15 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Self Help Ventures Fund bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor Tanya Stanley-Williams tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| TANYA STANLEY-WILLIAMS | |
| Debtor | Bankruptcy No. 22-11761-MDC |

# O R D E R

  **AND NOW**, this  30th  day of  October , 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

  **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
 Honorable Magdeline D. Coleman
 Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
TIMOTHY ZEARFOSS
Law Office of Timothy Zearfoss
143-145 LONG LANE
UPER DARBY, PA 19082-

Debtor:
TANYA STANLEY-WILLIAMS

1206 W LAFAYETTE ST

NORRISTOWN, PA 19401